UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cv1725-WQH(JLB) |
|---|---|
| Plaintiff, | DEFAULT JUDGMENT IN A CIVIL CASE |
| v. | |
| $8,745.00 IN U.S. CURRENCY, | |
| Defendant. | |

Decision by Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

It is hereby ordered that the interest of Adam Mrabet, Ronrecus Carter and all potential claimants be ordered condemned and forfeited to the United States. In addition, the defendant is hereby condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6). Judgment shall be entered on Plaintiff's complaint in favor of the United States of America. Costs incurred by the United States Marshals Service, and any other governmental agencies which were incident to the seizure, custody, and storage of the defendant shall be the first charge against the forfeited defendant.

Dated: March 23, 2018

*William Q. Hayes*
Hon. William Q. Hayes
United States District Court